DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELTA GELIN LANNIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2024

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 062019CF001578A88810.

Daniel Eisinger, Public Defender, and Ethan Goldberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and SHERMAN, JAMES W., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***